UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWENDOLYN MIX,

      Plaintiff,

v.

      Case No. 05-72472
      Hon. Gerald E. Rosen
      Magistrate Judge Virginia M. Morgan

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on   September 27, 2006

PRESENT:  Honorable Gerald E. Rosen
                United States District Judge

On January 9, 2006, Magistrate Judge Virginia M. Morgan issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Gwendolyn Mix's motion for summary judgment.  Plaintiff has not filed any objections to the R & R.  Upon reviewing the R & R, the parties' motions, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in full.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

January 9, 2006 Report and Recommendation is ADOPTED as the opinion of this Court.

IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED.

                                                       s/Gerald E. Rosen  
                                                       Gerald E. Rosen  
                                                       United States District Judge

Dated: September 27, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2006, by electronic and/or ordinary mail.

                             s/LaShawn R. Saulsberry  
                             Case Manager